JEAN YOUNG, PLAINTIFF-APPELLEE, v. WILLIAM
RANDALL, DEFENDANT-APPELLANT.

Submitted January term, 1932—Decided March 29, 1932.

Before Justices CAMPBELL, LLOYD and BODINE.

For the appellant, *James D. Carpenter, Jr.*

For the appellee, *Thomas McNulty.*

PER CURIAM.

This is an appeal from a judgment in favor of the plaintiff
below for personal injuries resulting from her falling from
an automobile operated by the defendant and in which she
had been invited to ride by him.

There are three grounds for reversal submitted, two of
which allege error in refusing to direct a verdict in favor of
the defendant because there was no proof of negligence upon
his part and the third because the plaintiff herself was guilty
of negligence contributing to the happening.

It is not necessary to recite the proofs.

Our examination of them convinces us that there was no
proof of negligence upon the part of the defendant-appellant
which could in any wise be said to be the proximate cause of
the happening. It was, therefore, error to refuse to direct
the verdict. Reaching this conclusion it is unnecessary to
consider the remaining ground for reversal.

The judgment below is reversed.